FILED
2016 May-13  PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

DEANGELO SMITH-EIS
#299028

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

BRENNIS BASKINS C.O.I.

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

CV-16-HS-0794-S

FILED
2016 MAY 13 A 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____N/A_____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)
         _____N/A_____

      3.  Docket Number _____N/A_____

      4.  Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _P.O. Box 150 MT MEIGS, AL 36057-0000_

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No (✓)

   C. If your answer is YES:
      1. What steps did you take? _I filed a medical request form, and right after the assault, I verbally requested to be taking to the infirmary._
      2. What was the result? _I was denied both requests, verbally and the medical request I filed._

   D. If your answer is NO, explain why not? _I was told if this incident of assault was reported, C.O. I Baskin could be fired. There is no longer a formal grievance procedure for prisoners to exhaust within the Al. D.O.C._

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _DeAngelo Smith #299028_

   Address _P.O. Box 150 MT MEIGS, AL 36357-0000_

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant  C Brennis Boskins C.O.I

 is employed as Correctional officer

 at P.O. Box 150 MT MEIGS, AL 36357-0000

C. Additional Defendants
N/A

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

(1) This is a civil action brought pursuant to 42 U.S.C. §1983 and the first, eighth, and fourteenth amendment rights to the U.S. constitution. The plaintiff seeks declaratory and injunctive relief. To compensate him for the harm he has suffered and continues to suffer, plaintiff also seeks compensatory and punitive damages. (2) This court has subject matter jurisdiction of this case pursuant to 42 U.S.C. §1983.

PARTIES:
A. Plaintiff
(3) Plaintiff DeAngelo Smith is a citizen of the United States who is being confined to the segregation

unit at Kilby Correctional Facility. Plaintiff sues for himself as an individual.

3. Defendant

(4) Defendant Brennis Baskins is a C.O.I at Kilby Correctional Facility... ~~He is directly and immediately responsible for the operations of the institution and~~

V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, plaintiff respectfully requests that the court assume jurisdiction of this action and award the plaintiff the following relief; (1) Grant the plaintiff an order requiring the defendant to make him whole by granting appropriate relief, declaratory relief, awarding compensatory damages against the defendant of $50,000.00 (Fifty Thousand Dollars); Award punitive damage against

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/4/2016
                (date)

Demgelo Smith /299028

Signature(s)

- 4 -

RELIEF CONTINUE

the defendant in the amount of $80,000.00 (Eighty Thousand Dollars); Plus interest, attorney fees, expenses and costs.

(2) Plaintiff further prays the court for and injunction ~~enjoing~~ enjoining the defendant from again engagin in the conduct complained of, ordering defendant to pay plaintiffs, attorney fees, cost, and all expenses associated with this lawsuit.

(3) Such other, further or different relief as this Court may deem just & proper.

(4)

He is being sued in his individual capacity for damages and in his official capacity for declaratory and injunctive relief. His address is P.O. Box 150 Mt Meigs, AL 36057-0000

## STATEMENT OF FACTS

(5) On April 3, 2016, plaintiff requested C.O.I. B. Baskins not to open cell door 25, due to a verbally altercation between me and this inmate, of prior and recent threats he'd made concerning doing something drastic to me!

(6) Inregards to plaintiff pleas to not allow inmate Tavish Williams #277169 out of his cell at the same time with plaintiff during shower, defendant C.O.I. B. Baskins disregarded plaintiff request to not do so.

(7) Defendant C.O.I. B. Baskins was the only C.O.I. conducting shower that afternoon around 12:00 p.m.

(8) Defendant C.O.I. B. Baskins rolled 23 cell and 25 cell and of the four he escorted to the shower, the one plaintiff requested C.O.I. B. Baskins not to let out at the same time with plaintiff, door was rolled and his cuffs was infront, while plaintiff and three others inmates was handcuffed behind their back.

(2)

(9) Defendant c.o.I B. Baskins, once arriving to the hall where E & F; showers are located at the bottom and top, walked off toward the segregation shift office, leaving plaintiff and three other inmates in the hall not to far from the shower, as c.o.I B. Baskins was showering inmates alone.

(10) The moment c.o.I B. Baskins walks off, this is when plaintiff was attacked by inmate Tevin Williams #271181, as plaintiff was beaten in the head and face, that left a scare to plaintiff's face, exactly in the location of where a tattoo is located.

(11) Plaintiff requested to be taken to the prison infirmary and treated for his injury, but was but was denied of his request inregards of an obvious injury to plaintiff face.

(12) Plaintiff filed a medical request, requesting to be seen, inregards of c.o.I B. Baskins failing to do a incident report or write up.

## PLAINTIFFS' CLAIMS

Deprivation of plaintiff's Civil Rights, Assault and Battery & Deliberate Indifference.

(13) The plaintiff hereby restates, realleges and incorporates by reference herein the allegations set forth in paragraphs 1-through-12 above...

(3)

(14) This plaintiff brings this action pursuant to 42 U.S.C. §1983

(15) Based on the factual allegations set out above, the defendant, acting in his individual and in his official capacity, while acting under color of state law, unlawfully deprived the plaintiff of his rights guaranteed to him under the Constitution of the United States under the first, eighth, and fourteenth amendments rights.

(16) The defendant have subjected plaintiff to a failure to protect claim and deliberate indifference which constitute cruel and unusual punishment.

(17) The defendant have violated the plaintiff's constitutional rights by failing to prevent assault by another inmate or to intervene in such assault.

(18.) The defendant have also have violated the plaintiff right by denying him medical care, which amounts to deliberate indifference and constitute cruel and unusual punishment.

(19) By failing to take remedial action on behalf of plaintiff, the defendant have shown a deliberate indifference to his constitutional rights to ensure that a failure to protect claim does not occur in the future.

(20) Defendant engaged in said conduct under the color of state law.

(21) Defendant have committed, allowed and/or are permitted said violations on numerous occassions...

(22) The defendant have been aware of the pattern and practice of inmates-on-inmates assaults.

(23) As a result of defendant action, the plaintiff has suffered physical injuries and his federal protected rights have been violated.

(24) Because defendant conduct was gross, willful and oppressive, the plaintiff has and does claim punitive damage.

(25) The plaintiff claims attorney's fees and expenses pursuant to 42 U.S.C. §1983...